United States District Court
District Court
Exhibits Log: 25-CR-63-01 (SCC)
8-18-2026 Bail Revocation Hearing, 8/18/2026

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | Photo of Defendant's home entrance. | No | 8/18/2026 12:40 PM | 8/18/2026 12:40 PM |
| Gov-2 | Photo of Defendant's home side entrance. | No | 8/18/2026 12:42 PM | 8/18/2026 12:42 PM |
| Gov-3 | Photo of bag with controlled substances. | No | 8/18/2026 12:43 PM | 8/18/2026 12:43 PM |
| Gov-4 | Defendant's fanny pack with firearm and ammunition. | No | 8/18/2026 12:44 PM | 8/18/2026 12:44 PM |
| Gov-5 | Rifle and round of ammunitions. | No | 8/18/2026 12:45 PM | 8/18/2026 12:45 PM |
| Gov-6 | Firearms and rounds of ammunition. | No | 8/18/2026 12:46 PM | 8/18/2026 12:46 PM |
| Gov-7 | Display of evidence seized. | No | 8/18/2026 12:47 PM | 8/18/2026 12:47 PM |
| Gov-8 | Display of controlled substances seized. | No | 8/18/2026 12:47 PM | 8/18/2026 12:47 PM |
| Gov-9 | Photo of six cylindrical pots with marihuana. | No | 8/18/2026 1:02 PM | 8/18/2026 1:02 PM |
| Defen-A | Search warrant from state case (Spanish version). | No | 8/18/2026 2:53 PM | 8/18/2026 2:53 PM |